**Dismissed and Memorandum Opinion filed April 11, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01055-CV

_____

**LEONARD WICKERS, Appellant**

**V.**

**AMERICAN SOUTHWEST INSURANCE MANAGERS, INC. D/B/A STATEWIDE CLAIMS SERVICE, Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2012-07012-A**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 19, 2012. The clerk's record was filed January 10, 2013. No reporter's record or brief was filed.

On February 12, 2013, appellee filed a motion to dismiss for want of jurisdiction in which it claimed appellant was attempting to appeal an interlocutory order. The record reflects, however, that the trial court granted a partial summary

judgment filed by appellee and severed appellee into cause number 2012-07012-A. A summary judgment that fails to dispose expressly of all parties and issues in the pending suit is interlocutory and not appealable unless a severance of that phase of the case is ordered by the trial court. *City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988). In this case, the trial court severed appellee from the main cause number; thus, the partial summary judgment became final for purposes of appeal. *See Teer v. Duddlesten*, 664 S.W.2d 702, 704 (Tex. 1984). Appellant's notice of appeal lists the original cause number rather than the "A" cause number. The notation of an incorrect cause number, however, does not deprive this court of jurisdiction. *See City of San Antonio v. Rodriguez*, 828 S.W.2d 417, 418 (Tex. 1992). Therefore, we deny appellee's motion to dismiss for want of jurisdiction.

On February 19, 2013, appellee filed a motion to dismiss the appeal for want of prosecution. On March 5, 2013, this court issued an order stating that unless appellant submitted a brief on or before March 20, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response to either appellee's motion or this court's order. Accordingly, appellee's motion to dismiss for want of prosecution is granted, and the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Christopher, and McCally.